UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATERPILLAR INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | No. 02-CIV-1386 (HHK) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the undersigned parties stipulate to voluntary dismissal of this action with prejudice. Each party agrees to bear its own costs and attorneys' fees.

Respectfully submitted,

Robert G. Abrams (Bar No. 211557)
Gilbert S. Keteltas (Bar No. 421326)
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 783-0800

Attorneys for Caterpillar Inc.


ROSCOE C. HOWARD, JR. (Bar No. 246470)
United States Attorney

MARK E. NAGLE (Bar No. 416364)
Assistant U.S. Attorney

LISA BARSOOMIAN (Bar No. 448398)
Assistant U.S. Attorney
Judiciary Center Building
Civil Division
555 Fourth Street, NW
Washington, DC 20530
(202) 305-4851

Attorneys for United States
Environmental Protection Agency

April 24, 2003